HENRY W. SOMERS, Appellant, *v.* GEORGE D. HARRIS, Respondent.

*Somers* v. *Harris*, 163 App. Div. 929, affirmed.
(Argued April 2, 1917; decided April 17, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 1, 1914, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial in an action for the dissolution of a partnership and for an accounting. Defendant joined in the prayer for that relief and the only issues upon the trial related to the statement of the account between the parties involving a determination as to whether the defendant had appropriated the good will of the partnership and a computation of its value.

*Edgar T. Brackett* for appellant.

*Charles F. Brown, Grant C. Fox* and *Louis H. Rowe* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.